FILED'08 JAN 08 15:58USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Victor Yebra,
       Plaintiff,

vs.

MICHAEL ASTRUE,
Commissioner of Social Security,
       Defendant.

CV# 06-1533-MA

ORDER

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $5,527.20 will be awarded to Plaintiff and shall be paid directly to Plaintiff's attorney, Merrill Schneider, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. No costs or expenses will be awarded.

DATED this __8__ day of __January__, 2007.

                                                     Malcolm F. Marsh
                                                   UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Merrill Schneider
MERRILL SCHNEIDER, OSB # 77336
Attorney for Plaintiff